Stephen M. Doniger (State Bar No. 179314)
stephen@doningerlawfirm.com
Scott A. Burroughs (State Bar No. 235718)
scott@doningerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff
L.A. PRINTEX INDUSTRIES, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONNECTED APPAREL CO., a California Corporation; *et al.*;<br><br>Defendants. | Case No.: CV12-00638 RSWL (JCX)<br><u>*Honorable Ronald S. W. Lew presiding*</u><br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Having reviewed the "Stipulation To Dismiss Action With Prejudice" and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice, with each party to bear its own costs and attorneys' fees incurred in connection therewith.

**IT IS SO ORDERED.**

Date: October 18, 2012

_____
**RONALD S.W. LEW**
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge

-1-
**ORDER ON STIPULATION TO DISMISS ACTION**